UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Scott J. Shack and Debbie Shack,

Case No.: 18-20533
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

On 7/6/18, Barry W. Frost, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on August 7, 2018 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 29 Summerhill Ave., Jackson, NJ - $445,000

Liens on property: $443,000

Amount of equity claimed as exempt: $2,000

Objections must be served on, and requests for additional information directed to:

Name: Barry W. Frost
Address: 3131 Princeton Pike, Building 5, Suite 110, Lawrenceville, NJ 08648
Telephone No.: 609-890-1500

*rev.8/1/15*

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                             Case No. 18-20533-KCF
Scott J. Shack                                                     Chapter 7
Debbie Shack
       Debtors                   CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin              Page 1 of 2              Date Rcvd: Jul 06, 2018
                               Form ID: pdf905          Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2018.
db/jdb         Scott J. Shack,    Debbie Shack,    29 Summerhill Ave,    Jackson, NJ 08527-4366
517550521      Al Smith Mc James, LLC,    78 Halladay St,    Jersey City, NJ 07304-3212
517550522      Alliance One Receivables Management,    For Capital,    1 1 4850 Street Rd Ste 300,
                Trevose, PA 19053-6643
517550523      Allied Interstate,    For Care Credit #A73927070/P63073637,    PO Box 361445,
                Columbus, OH 43236-1445
517550524     +Apothaker Scian, P.C.,    Attys for Cavalry SPV #481631,    520 Fellowship Rd Ste C306,
                Mt. Laurel, NJ 08054-3410
517550525      Bank of America Home Loans,    Customer Service,    PO Box 31785,    Tampa, FL 33631-3785
517550527      Camis, LLC,    PO Box 4025,    Bellmawr, NJ 08098
517550532      Chase,   Portfolio Management Center,    PO Box 29550,    Phoenix, AZ 85038-9550
517550533     +Colonial Funding Network, Inc.,,    Svcr for Money Works Direct Inc.,    120 W 45th St, 2nd FL,
                New York, NY 10036-4041
517550534      Craig Persky,    1833 Merikoke Ave,    Wantagh, NY 11793-3365
517550535     +Efficient Recovery Services,    For Monmouth Cardiology #205519,    PO Box 522,
                Brookside, NJ 07926-0522
517550537    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Credit,     National Bankruptcy Service Center,    PO Box 62180,
                Colorado Springs, CO 80962-2180)
517550536     +Federated Law Group, PLLC,    for CACH, LLC/On Deck Capital,    887 Donald Ross Rd,
                Juno Beach, FL 33408-1611
517550538      Freehold Ophthalomology,    509 Stillwells Corner Rd Ste E5,    Freehold, NJ 07728-2965
517550539     +Hayt Hayt & Landau,    Attys for Capital One #614469001NQ,    2 Industrial Way West,
                Eatontown, NJ 07724-2279
517550540      Inna & Jack Gelin,    1662 E 24th St,    Brooklyn, NY 11229-2402
517550543      Jackson Township Tax Collector,    For Inna & Jack Gelin,    95 W Veterans Hwy,
                Jackson, NJ 08527-3409
517550544     +James Mayer, Esq.,    Atty for Al Smith Mc James, LLC,    PO Box 35,    Westwood, NJ 07675-0035
517550545      Jeff Simon,    35 Jumping Brook Dr,    Lakewood, NJ 08701-3821
517550547      Lawn Doctor of Lakewood & Jackson,    PO Box 1116,    Jackson, NJ 08527-0289
517550548     +Levine and Fuchs, CPA,    2003 Jericho Tpke,    New Hyde Park, NY 11040-4700
517550549      Louis Avon,    8 Delaware Rd,    Newburgh, NY 12550-2544
517550550     +Lyons Doughty & Veldhuis P.C.,    Attys for Capital One,    136 Gaither Dr - PO Box 1269 Ste 100P,
                Mount Laurel, NJ 08054-7269
517550551     +McKenzie Banking Company,    676 N. Main St - PO Box 220,    McKenzie, TN 38201-0220
517550552      Mnet Financial, Inc.,    For Camis LLC #1359988,    95 Argonaut Ste 200,
                Aliso Viejo, CA 92656-4147
517550553      Monmouth Cardiology Associates,    11 Meridian Rd,    Eatontown, NJ 07724-2242
517550557     +NY Dept of Labor - Unemployment Ins,    Div - UI Employer Services,    9 Bond St, Ste 4100,
                Brooklyn, NY 11201-5801
517550556      Northland Group Inc.,    for TD Bank #F2459985,    PO Box 390905,    Minneapolis, MN 55439-0905
517550559      Pluese Becker & Saltzman LLC,    Attys for SLS,    20000 Horizon Way, Ste 900,
                Mt Laurel, NJ 08054-4318
517550561      SLS,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
517550555    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: NJ Division of Taxation,     Bankruptcy Section,    PO Box 245,
                Trenton, NJ 08646-0245)
517550560      Shamrock Lawn and Landscape,    186 Boundary Rd,    Marlboro, NJ 07746-1058
517550563     +Trustees of NYC District Council of,    Carpenters Pension Fund et al,    395 Hudson St #9,
                New York, NY 10014-7450
517550564     +Virginia & Ambinder, LLP,    Attys for NYC Carpenters Pension Fund,    40 Broad St 7th Fl,
                New York, NY 10004-2771

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 06 2018 22:07:10      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 06 2018 22:07:08      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517550526     +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 06 2018 22:10:29      CACH, LLC,
                Assignee of On Deck Capital, Inc.,    4340 S Monaco St Unit 2,    Denver, CO 80237-3485
517550528      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 06 2018 22:10:38      Capital One,
                Bankruptcy Claims Servicer,    PO Box 30285,    Salt Lake City, UT 84130-0285
517550529      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 06 2018 22:21:23
                Capital One - Bankruptcy Department,    c/o American Info Source,    PO Box 54529,
                Oklahoma City, OK 73154-1529
517550530      E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2018 22:10:24      Care Credit,
                Synchrony Bank - Bankruptcy Dept.,    PO Box 965060,    Orlando, FL 32896-5060
517550531     +E-mail/Text: bankruptcy@cavps.com Jul 06 2018 22:07:19      Cavalry SPV I, LLC,
                Assignee of Synchrony/Care Credit,    PO Box 520,    Valhalla, NY 10595-0520
517550542      E-mail/Text: cio.bncmail@irs.gov Jul 06 2018 22:06:52      Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
```

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Jul 06, 2018
                              Form ID: pdf905          Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517550546        +E-mail/Text: jballard@sfscapital.com Jul 06 2018 22:07:22       Jennifer A. Ballard, Esq.,
                  Atty for Colonial Funding Network,    1501 Broadway, Ste 1515,   New York, NY 10036-5505
517550554         E-mail/Text: kmorgan@morganlaw.com Jul 06 2018 22:07:30       Morgan Bornstein & Morgan,
                  Attys for Ford Motor Credit,    1236 Brace Rd Ste K,   Cherry Hill, NJ  08034-3229
517550558         E-mail/Text: bankruptcy@ondeck.com Jul 06 2018 22:07:34       On Deck Capital,   1400 Broadway,
                  New York, NY  10018-5300
517552337        +E-mail/PDF: gecsedi@recoverycorp.com Jul 06 2018 22:10:48       Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517550562         E-mail/Text: bankruptcy@td.com Jul 06 2018 22:07:11       TD Bank, N.A,
                  Deposit Operations Dept.,    PO Box 1377,   Lewiston, ME  04243-1377
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517550541*        Internal Revenue Service,    Special Procedures,   PO Box 744,   Springfield, NJ  07081-0744
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2018 at the address(es) listed below:

```
              Barry Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    CSAB Mortgage-Backed Pass-Through Certificates, Series
               207-1, U.S. Bank National Association. as Trustee dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Peter  Broege    on behalf of Joint Debtor Debbie  Shack pbroege@bnfsbankruptcy.com,
               G1580@notify.cincompass.com
              Peter  Broege    on behalf of Debtor Scott J. Shack pbroege@bnfsbankruptcy.com,
               G1580@notify.cincompass.com
              Rebecca Ann Solarz    on behalf of Creditor    CSAB Mortgage-Backed Pass-Through Certificates,
               Series 207-1, U.S. Bank National Association. as Trustee rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```