Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  18–20533–KCF
                    Chapter:  7
                    Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Scott J. Shack | Debbie Shack |
|---|---|
| 29 Summerhill Ave | 29 Summerhill Ave |
| Jackson, NJ 08527–4366 | Jackson, NJ 08527–4366 |

Social Security No.:
  xxx–xx–9640                         xxx–xx–5128

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Barry Frost is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>August 22, 2018</u>            <u>Kathryn C. Ferguson</u>
                                      Judge, United States Bankruptcy Court